UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHALID MEHMOOD,<br><br>                    Petitioner,<br><br>     v.<br><br>LORETTA LYNCH, et al.,<br><br>                    Respondents. | CASE NO. C16-0676-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

Petitioner Khalid Mehmood, who is currently detained by U.S. Immigration and Customs Enforcement at the Northwest Detention Center in Tacoma, Washington, has filed an application to proceed *in forma pauperis* ("IFP"), a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and a motion to appoint counsel that is supported by the Office of the Federal Public Defender.  (*See* Dkts. 1, 1-1, 1-2, 1-3.)  Petitioner's IFP application states that he has $120.00 cash on hand.  (Dkt. 1.)

While the Court recognizes that petitioner's funds may not be great, it is not unreasonable to expect petitioner to pay the minimal filing fee required to proceed with this action ($5.00) given the fact that his basic needs are provided for while he is detained.  Accordingly, the Court recommends that petitioner's application to proceed IFP (Dkt. 1) be DENIED, and that petitioner

REPORT AND RECOMMENDATION
PAGE - 1

be directed to pay the $5.00 filing fee to proceed with this action. A proposed Order accompanies this Report and Recommendation.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 3, 2016**.

DATED this 18th day of May, 2016.

*(signature)*

Mary Alice Theiler
United States Magistrate Judge