1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHALID MEHMOOD,

            Petitioner,

    vs.

LORETTA LYNCH, et al.,

          Defendants.

NO. C16-676RSL

ORDER DENYING APPLICATION
TO PROCEED IN FORMA
PAUPERIS

      The Court, having reviewed the Report and Recommendation of the Honorable
Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders
as follows:

     1.  The Court ADOPTS the Report and Recommendation;

     2.  Petitioner's application to proceed in forma pauperis (Dkt. 1) is DENIED;

     3.  Petitioner has paid the $5.00 filing fee required to proceed with this action;

     4.  This matter is RE-REFERRED to Judge Theiler for further proceedings; and

     5.  The Clerk shall send a copy of this Order to petitioner, to the Federal Public Defender,
       and to Judge Theiler.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

1   DATED this 8th day of June, 2016.

2

3

4

5   Robert S. Lasnik
    United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS