UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHALID MEHMOOD,

          Petitioner,

     v.

LORETTA LYNCH, et al.,

          Respondents.

CASE NO. C16-0676-RSL

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1.     The Court adopts the Report and Recommendation;

2.     Respondents' unopposed motion to dismiss (Dkt. 9) is GRANTED;

3.     Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice; and

4.     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 11th day of October, 2016.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL
PAGE - 1